UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
RAUL LOPEZ, JR.,                    )
                                    )
                    Plaintiffs,     )   Case No. C15-0243RSL
        v.                          )
                                    )   ORDER
UNITED STATES SECRET SERVICE,       )
                                    )
                    Defendant.      )
_____ )

      This matter comes before the Court *sua sponte*. On April 17, 2018, the parties submitted a joint status report that was signed by Donna Johnston as attorney for plaintiff. Dkt. # 43 at 6. Ms. Johnston has not filed a notice of appearance in this action: the docket reflects that plaintiff is represented by Philip Mahoney. Chambers staff called Ms. Johnston to advise her of the discrepancy and was told that Ms. Johnston would enter an appearance and that Mr. Mahoney would be withdrawing as counsel of record. No further action has been taken.

      At present, plaintiff is represented by Mr. Mahoney and only Mr. Mahoney. Until Ms. Johnston appears as counsel of record pursuant to LCR 83.2(a), documents filed by her on plaintiff's behalf will not be considered. A case management order based on defense counsel's representations in the joint status report will be issued.

      Dated this 3rd day of May, 2018.

                                                    Robert S. Lasnik
                                                      United States District Judge

ORDER