# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RAUL LOPEZ, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES SECRET SERVICE,<br><br>        Defendant. | CASE NO. 2:15-cv-00243-RSL<br><br>ORDER GRANTING UNITED STATES' MOTION TO COMPEL DISCOVERY RESPONSES |

This matter comes before the Court on Defendant United States' unopposed Motion to Compel Discovery Responses. The discovery requests at issue were first served on January 8, 2018. Since then, the government has gone to extraordinary lengths in an effort to ensure that plaintiff, both individually and through his attorneys, is aware of the outstanding discovery requests. No response has been served.

It is hereby **ORDERED** that the United States' motion is **GRANTED**. Plaintiff shall respond to the United States' First Set of Interrogatories and Requests for Production of Documents and file a certificate of service in the Court's docket on or before October 26, 2018. Failure to timely file proof of service may result in dismissal of this action for failure to prosecute.

Donna Johnston recently appeared as counsel for plaintiff. A copy of this order will be served on her via the Court's electronic docketing system. The Clerk of Court is directed to mail a copy of this order to plaintiff at:

> Raul Lopez, Jr.
> 415 Whiskey Hill Road
> Lopez Island, WA 98261.

Dated this 2nd day of October, 2018.

*ROBERT S. LASNIK*
United States District Judge