UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAUL LOPEZ, JR., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SECRET SERVICE, <br><br> Defendant. | Case No. C15-0243RSL <br><br> ORDER OF DISMISSAL |

This above-captioned matter has twice been dismissed for failure to timely serve and prosecute the case. Twice it has been reopened on plaintiff's motion. On October 2, 2018, the Court granted the United States' motion to compel responses to written discovery requests that had been served almost eleven months earlier. Plaintiff was warned that a failure to respond to discovery and to file a certificate of service in the Court's docket by October 26, 2018, could result in dismissal of the case.

Plaintiff has entirely failed to respond. Neither he nor his counsel have indicated any intention to prosecute this case or comply with the Court's orders. After considering the relevant factors (<u>Henderson v. Duncan</u>, 779 F.2 1421, 1423 (9th Cir. 1986)), this case is hereby DISMISSED. Given the long history of this matter, plaintiff's complete failure to pursue the litigation in anything like a timely manner, and the relevant factors related to dismissal for failure to the case will not be reopened a third time.

ORDER OF DISMISSAL

Dated this 30th day of November, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge